FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 25  PM 4:16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLORENCE C. JEFF, ET AL | * | NO. 04-1507 |
| | * | |
| versus | * | SECTION "C" |
| | * | |
| UNIVERSAL HEALTH SERVICES, INC., ET AL | * | MAGISTRATE 1 |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO FIX EXPERT WITNESS' FEE
### AND MOTION FOR EXPEDITED HEARING

Defendant, Pendleton Memorial Methodist Hospital (hereinafter "PMMH"), through undersigned counsel, respectfully moves the Court for entry of an Order pursuant to FRCP 26(b)(4)(c) to set the fee of one of plaintiffs' expert witnesses, David M. Tarlow, M.D., J.D. for a deposition noticed for September 8, 2005. While plaintiffs' other M.D./J.D. expert witness, Paul Blaylock, M.D., J.D., charged $425.00 an hour for his deposition and PMMH's M.D./J.D. expert witness, Larry D. Weiss, M.D., J.D. charges $400.00 an hour for his deposition, Dr. Tarlow is demanding $850.00 an hour for his deposition. Because Dr. Tarlow's deposition fee is excessive and he has refused to reduce it, PMMH respectfully asks the Court to fix Dr. Tarlow's deposition fee. Additionally, because Dr. Tarlow's deposition is noticed for September 8, 2005 and the discovery cutoff in this case is September 15, 2005, PMMH also

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

asks the Court to set this motion for hearing on an expedited basis prior to Dr. Tarlow's deposition.

                Respectfully submitted:

                LEMLE & KELLEHER, L.L.P.

                _____
                ALBERT H. HANEMANN, JR. (NO. 6510)
                DWIGHT C. PAULSEN III (NO. 19,729)
                Pan American Life Center
                601 Poydras Street, 21st Floor
                New Orleans, Louisiana 70130-6097
                Telephone:  (504) 586-1241
                Facsimile:  (504) 584-9142

                COUNSEL FOR DEFENDANT PENDLETON MEMORIAL METHODIST HOSPITAL

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Local Rule 5.3 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, and also by facsimile, this 25th day of August 2005.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLORENCE C. JEFF, ET AL | * | NO. 04-1507 |
| | * | |
| versus | * | SECTION "C" |
| | * | |
| UNIVERSAL HEALTH SERVICES, INC., ET AL | * | MAGISTRATE 1 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION TO FIX
EXPERT WITNESS' FEE AND MOTION FOR EXPEDITED HEARING**

**MAY IT PLEASE THE COURT:**

Defendant, Pendleton Memorial Methodist Hospital (hereinafter "PMMH") has moved the Court for entry of Order pursuant to FRCP 26(b)(4)(c) fixing the deposition fee of one of plaintiffs' expert witnesses, David M. Tarlow, M.D., J.D. Dr. Tarlow is demanding a payment of $2,550.00 for his deposition[1], which has been noticed for September 8, 2005[2]. The $2,550.00 fee represents a charge of $850.00 per hour with a three-hour minimum.

---

[1] *See* correspondence from plaintiffs' counsel, Sherif K. Sakla regarding the fee for Dr. Tarlow's deposition, attached hereto as Exhibit "A".
[2] *See* Notice of Deposition and subpoenas duces tecum served on Dr. Tarlow, attached hereto as Exhibit "B".

PMMH submits that Dr. Tarlow's deposition fee is excessive. Dr. Tarlow[3] is not anymore qualified to serve as an expert than Paul Blaylock, M.D., J.D., who is also serving as an expert witness for plaintiffs,[4] or Larry D. Weiss, M.D., J.D. who is serving as an expert witness for PMMH.[5] However, Dr. Blaylock only charged $425.00 an hour for his deposition and only required a two-hour minimum payment or a total of $850.00.[6] Dr. Weiss is only charging $400.00 an hour for his deposition and only requiring a two-hour minimum payment or a total of $800.00.[7] Additionally, plaintiffs' expert pulmonologist, Philip Witorsch, M.D.[8], is only charging $500.00 an hour for his deposition with a four-hour minimum payment or a total of $2,000.00.[9]

For these reasons, PMMH respectfully asks the Court to set a reasonable fee for Dr. Tarlow's deposition. Additionally, because Dr. Tarlow's deposition has been noticed for September 8, 2005 and the discovery cutoff in this action is September 15, 2005, PMMH also asks the Court to set this motion for hearing on an expedited basis prior to Dr. Tarlow's deposition.

---

[3] *See* Dr. Tarlow's curriculum vitae, attached hereto as Exhibit "C".
[4] *See* Dr. Blaylock's curriculum vitae, attached hereto as Exhibit "D".
[5] *See* Dr. Weiss' curriculum vitae, attached hereto as Exhibit "E".
[6] *See* the undersigned's August 15, 2005 letter to Dr. Blaylock enclosing his deposition fee, attached hereto as Exhibit "F".
[7] *See* Dr. Weiss' letter regarding his deposition fee, attached hereto as Exhibit "G".
[8] *See* Dr. Witorsch's curriculum vitae, attached hereto as Exhibit "H".
[9] *See* e-mail from plaintiffs' counsel regarding the fee for Dr. Witorsch deposition, attached hereto as Exhibit "I".

Respectfully submitted:

**LEMLE & KELLEHER, L.L.P.**

_____
ALBERT H. HANEMANN, JR. (NO. 6510)
DWIGHT C. PAULSEN III (NO. 19729)
21st Floor, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Telephone: (504) 586-1241
Facsimile: (504) 584-9142

COUNSEL FOR DEFENDANT PENDLETON MEMORIAL METHODIST HOSPITAL

## CERTIFICATE OF SERVICE

The foregoing was served pursuant to Local Rule 5.3 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, and also by facsimile, this 25th day of August 2005.

_____

586138_1.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLORENCE C. JEFF, ET AL | * | NO. 04-1507 |
| | * | |
| versus | * | SECTION "C" |
| | * | |
| UNIVERSAL HEALTH SERVICES, INC., ET AL | * | MAGISTRATE 1 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   Plaintiffs, Florence C. Jeff, et al
      Through their attorneys of record:
      Mr. Sherif K. Sakla, M.D., J.D.
      THE SAKLA LAW FIRM
      425 Weyer Street
      Gretna, Louisiana 70053

      and

      Ms. Stephanie Reuther
      THE LAW FIRM OF STEPHANIE C. REUTHER
      425 Weyer Street
      Gretna, Louisiana 70053

**PLEASE TAKE NOTICE** that defendant, Pendleton Memorial Methodist Hospital, will bring the foregoing Motion to Fix Expert Witness' Fee for hearing before the Honorable Sally Shushan, Magistrate Judge, Division 1, in the United States District Court for

the Eastern District of Louisiana at 9:00 o'clock a.m. on 14th day of September, 2005 or as soon thereafter as counsel may be heard.

    Respectfully submitted:

    **LEMLE & KELLEHER, L.L.P.**

    _____
    ALBERT H. HANEMANN, JR. (NO. 6510)
    DWIGHT C. PAULSEN III (NO. 19729)
    21st Floor, Pan American Life Center
    601 Poydras Street
    New Orleans, Louisiana 70130-6097
    Telephone: (504) 586-1241
    Facsimile: (504) 584-9142

    COUNSEL FOR DEFENDANT PENDLETON MEMORIAL METHODIST HOSPITAL

**CERTIFICATE OF SERVICE**

The foregoing was served pursuant to Local Rule 5.3 on all parties or their attorneys of record by delivering by U.S. mail a copy to them, postage prepaid and properly addressed, and also by facsimile, this 25th day of August 2005.

    _____

2

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED